

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS LINDEMAN<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |

# MEMO ENDORSED

January 2, 2024

> The initial pretrial conference scheduled for January 5, 2024, at 10:30 a.m. is rescheduled for January 5, 2024, at 2:30 p.m. The parties are reminded to dial 877-411-9748 and to enter access code 3029857# when prompted. SO ORDERED.
>
> *[signature]*
> Edgardo Ramos, U.S.D.J.
> Dated: January 3, 2024
> New York, New York

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Hoskins v. City of New York et al*, 23-cv-2958(ER)

Dear Judge Ramos:

I am Senior Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant City of New York in the above-referenced action.

I write to respectfully request that the initial pretrial conference currently scheduled in this matter for Friday, January 5, 2024 at 10:30 AM be adjourned to another time convenient to the Court. This is the first request for such an extension. Plaintiffs consent to this request. The parties have conferred, and are available Friday, January 5, 2024 after 12:00 PM, any time on Thursday, January 11, 2024, or after 12:00 PM on Friday, January 12, 2024.

I am currently scheduled to appear in multiple conflicting matters on the morning of Friday, January 5, 2024 between 10:00 AM and 12:00 PM. The requested adjournment will allow me to meet those separate obligations without prejudice to Plaintiffs.

Thank you for considering this request.

Respectfully submitted,
/s/
Thomas Lindeman
Senior Counsel

cc: Masai L. Lord, esq.(via ECF)