**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JASON HOSKINS, on behalf of himself and others similarly situated,

Plaintiff,

-against-

23 **CIVIL** 2958 (MMG)

# JUDGMENT

THE CITY OF NEW YORK, et al.,,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2026, Defendants' motion for summary judgment is GRANTED in full; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**